In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00056-CR

                                                ______________________________

 

 

                             MARQUAUS SEYNI SIMMONS,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the 102nd
Judicial District Court

                                                          Red
River County, Texas

                                                          Trial Court
No. CR01274

 

                                                    
                                              

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Marquaus
Seyni Simmons was adjudicated guilty of possession of cocaine in an amount of one
gram or more but less than four grams, and was sentenced to fifteen years’
imprisonment. Simmons complains that while the State “filed a motion to
adjudicate guilt alleging five violations of his terms and conditions,” of the
previously ordered community supervision, “[t]he State then filed an amended
motion to adjudicate guilt which did not allege any grounds.”  In light of this, Simmons argues that the
trial court was without jurisdiction to hear the motion to adjudicate.  

            It
appears that clerical error led to the omission of pages two and three of the
State’s amended motion to adjudicate when the record was initially
requested.  A supplemental clerk’s
record, which includes the omitted pages, clarifies that the amended motion to
adjudicate did contain several grounds of community supervision allegedly
violated by Simmons.  Therefore, we
overrule Simmons’ sole issue. 

            We
affirm the trial court’s judgment. 

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          August
15, 2011

Date Decided:             August
16, 2011

 

Do Not Publish